*Thursday, September 2, 1999*

## MERIT DOCKET

**99–1461.   State ex rel. Inskeep v. Warren Cty. Bd. of Elections.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that the writ of mandamus be, and hereby is, denied.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS, J., would dismiss the cause.

LUNDBERG STRATTON, J., would deny for laches and because the cause is improper for injunction.

## MOTION DOCKET

**99–1268.   State v. Cassano.**
Richland C.P. No. 98CR171H. This cause is pending before the court as an appeal from the Court of Common Pleas of Richland County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to November 8, 1999. No further extensions will be granted.

## MISCELLANEOUS DISMISSALS

**99–1248.   N. Olmsted Golf Course, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–D–341. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.